IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NELLE HARPER LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 1:13-cv-00490 |
| ) | |
| MONROE COUNTY HERITAGE ) | |
| MUSEUM, INC., ) | |
| ) | |
| Defendant. ) | |

**MOTION TO STAY ACTION PENDING SETTLEMENT**

The parties to this action jointly move this court for an order staying all proceedings herein for sixty days pending the finalizing of settlement documents and the filing of a motion to dismiss with prejudice. As grounds therefor, the parties aver that they have reached a settlement in principle and are in the process of drafting the necessary settlement documents.

/s/ Norman M. Stockman
Norman M. Stockman    (STOCN9440)
*Attorney for Plaintiff*

OF COUNSEL:
HAND ARENDALL LLC
P.O. Box 123
Mobile, Alabama 36601
Tel:   (251) 432-5511
Fax:   (251) 694-6375
Email:  nstockman@handarendall.com

1

A. Clay Rankin III
Rankin Law LLC
311 Magnolia Ave.
Fairhope AL 36532
Tel:   (251) 509-2050
Email: clay@rankinlawllc.com


Robert W. Clarida, Esq.
REITLER KAILAS & ROSENBLATT LLC
885 Third Avenue, 20th Floor
New York, New York 10022
Tel:   (212) 209-3044
Fax:   (212) 371-5500
Email:  rclarida@reitlerlaw.com

## CERTIFICATE OF SERVICE

I certify that on February 18, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

    Sam David Knight (sdknight@gattorney.com)
    Matthew I. Goforth (mgoforth@gattorney.com)
    George R. Irvine (gri@sgclaw.com)
    Samuel N. Crosby (snc@sgclaw.com)


    */s/ Norman M. Stockman*

1840635_1