IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NELLE HARPER LEE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION 13-0490-WS-B |
| | ) |
| MONROE COUNTY HERITAGE MUSEUM, INC., | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

The parties have filed a motion to stay action pending settlement. (Doc. 32). Because the parties have announced a settlement, the appropriate action is not a stay but a dismissal pursuant to the Court's standard procedure. This action is thus **dismissed with prejudice** from the active docket of the Court, provided that any party may reinstate the action within sixty days from the date of entry of this order if the settlement agreement documentation is not consummated.[1] The motion to stay is **denied**.

Absent reinstatement, no further order shall be forthcoming from the Court except upon application by any party for final judgment as prescribed by Federal Rule of Civil Procedure 58.

DONE and ORDERED this 19th day of February, 2014.

                                          s/ WILLIAM H. STEELE
                                          CHIEF UNITED STATES DISTRICT JUDGE

---

[1] This action was filed in October 2013. Briefing on the defendant's motion to dismiss was delayed by a total of two months based on the parties' representations of settlement negotiations. (Doc. 24). As the Court then explained, "[o]nce a lawsuit is filed, … litigation and settlement efforts are simultaneous tracks, not sequential ones." (*Id*.). Should this action be reinstated due to a failure to consummate the settlement agreement documentation, the November 2014 trial date, (Doc. 28), will remain in force.