IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NELLE HARPER LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 1:13-cv-00490 |
| ) | |
| MONROE COUNTY HERITAGE ) | |
| MUSEUM, INC., ) | |
| ) | |
| Defendant. ) | |

## EXPRESS STATEMENT REGARDING SETTLEMENT

In response to the Court's May 20, 2014 Order, Plaintiff Nelle Harper Lee states that, to her knowledge, the parties do not have a signed written settlement agreement (that is, the parties do not have an executed settlement agreement).

> /s/ Norman M. Stockman
> Norman M. Stockman (STOCN9440)
> *Attorney for Plaintiff*

OF COUNSEL:
HAND ARENDALL LLC
P.O. Box 123
Mobile, Alabama 36601
Tel:    (251) 432-5511
Fax:   (251) 694-6375
Email:  nstockman@handarendall.com

A. Clay Rankin III
Rankin Law LLC
311 Magnolia Ave.
Fairhope AL 36532
Tel:    (251) 509-2050
Email:  clay@rankinlawllc.com

Robert W. Clarida, Esq.
REITLER KAILAS & ROSENBLATT LLC
885 Third Avenue, 20th Floor
New York, New York 10022
Tel:     (212) 209-3044
Fax:     (212) 371-5500
Email:   rclarida@reitlerlaw.com

## CERTIFICATE OF SERVICE

    I certify that on May 21, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

        Sam David Knight (sdknight@gattorney.com)
        Matthew I. Goforth (mgoforth@gattorney.com)
        George R. Irvine (gri@sgclaw.com)
        Samuel N. Crosby (snc@sgclaw.com)

                                      */s/ Norman M. Stockman*