IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NELLE HARPER LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 1:13-cv-00490 |
| | ) |
| MONROE COUNTY HERITAGE MUSEUM, INC., | ) ) |
| | ) |
| Defendant. | ) |

# JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties by and through their respective counsel, hereby file this dismissal and stipulate that all claims be dismissed **with prejudice**, each party to bear its own costs and attorneys' fees, and hereby request the Court to enter an order dismissing this action with prejudice.

Respectfully submitted on this the 4th day of June, 2014.

*/s/ Sam David Knight*
SAM DAVID KNIGHT (ASB-1745-N62S)
*One of the attorneys for Defendant*

OF COUNSEL:
Sam David Knight
Badham & Buck, LLC
2001 Park Place North
Suite 500
Birmingham, Alabama 35203
Phone: (205) 521-0036
Email: sdknight@badhambuck.com

Matthew I. Goforth
Gordon, Dana, Gilmore & Maner, LLC
600 University Park Place, Suite 100
Birmingham, Alabama  35209
Phone: (205) 874-7950
Email:  mgoforth@gattorney.com

George Irvine
Samuel Crosby
Stone, Granade & Crosby, PC
7133 Stone Dr.
Daphne, AL 36526-4825
Phone:  (251) 626-6696
Email: gri@sgclaw.com
snc@sgclaw.com

/s/ Norman M. Stockman
NORMAN M. STOCKMAN (STOCN9440)
*One of the attorneys for Plaintiff*

OF COUNSEL:
Norman M. Stockman
HAND ARENDALL LLC
P.O. Box 123
Mobile, Alabama 36601
Tel: (251) 432-5511
Fax: (251) 694-6375
Email: nstockman@handarendall.com

A. Clay Rankin III
Rankin Law LLC
311 Magnolia Ave.
Fairhope AL 36532
Tel: (251) 509-2050
Email: clay@rankinlawllc.com

Robert W. Clarida, Esq.
REITLER KAILAS & ROSENBLATT LLC
885 Third Avenue, 20th Floor
New York, New York 10022
Tel: (212) 209-3044
Fax: (212) 371-5500

Email: rclarida@reitlerlaw.com

## **CERTIFICATE OF SERVICE**

  I certify that on June 4, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

   Norman Stockman (nstockman@handarendall.com)
   A.  Clay Rankin III (clay@rankinlawllc.com)
   Robert W. Clarida (rclarida@reitlerlaw.com)


         */s/ Sam David Knight*