IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **NELLE HARPER LEE,** )<br>)<br>   **Plaintiff,** )<br>)<br>v.  )<br>)<br>**MONROE COUNTY HERITAGE** )<br>**MUSEUM, INC.,** )<br>)<br>   **Defendant.** ) | CIVIL ACTION 13-0490-WS-B |

### ORDER

In accordance with the parties' joint stipulation of dismissal, (Doc. 41), this action is **dismissed with prejudice**, each party to bear its own costs and attorneys' fees.

DONE and ORDERED this 5th day of June, 2014.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE